**Associated Cases: MDL No. 2272 et al. (JG)**

**Case Name:** DiGiacomo v. Zimmer, Inc. et al
**Case Number:** NV/2:12-cv-01019
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-98) Finalized on 8/16/2012. Please see pleading (3 in ALN/2:12-cv-02214, 3 in ALN/4:12-cv-02439, 3 in AZ/2:12-cv-01032, 3 in AZ/2:12-cv-01285, 3 in CAE/1:12-cv-00975, 3 in CAN/3:12-cv-01208, 3 in CAN/4:12-cv-03167, 3 in CAS/3:12-cv-01504, 3 in CAS/3:12-cv-01505, 3 in CAS/3:12-cv-01506, 3 in CAS/3:12-cv-01507, 3 in CAS/3:12-cv-01508, 3 in CAS/3:12-cv-01509, 3 in CAS/3:12-cv-01510, 3 in GAN/1:12-cv-02076, 3 in ID/4:12-cv-00313, 3 in KS/2:12-cv-02327, [811] in MDL No. 2272, 3 in MIE/2:12-cv-13027, 3 in MIW/1:12-cv-00501, 3 in MIW/1:12-cv-00533, 3 in MIW/1:12-cv-00624, 3 in MN/0:12-cv-01468, 3 in MOE/4:12-cv-01254, 3 in NJ/2:12-cv-02857, 3 in NJ/2:12-cv-03105, 3 in NJ/2:12-cv-03315, 3 in NJ/2:12-cv-03316, 3 in NJ/2:12-cv-03317, 3 in NV/2:12-cv-01019, 3 in OHN/5:12-cv-01921, 3 in OHN/5:12-cv-01962, 3 in OHN/5:12-cv-01963, 3 in OR/3:12-cv-00734, 3 in PAE/2:12-cv-03424, 3 in PAM/3:12-cv-01473).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/16/2012.**