# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION  MDL No. 2272

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –98)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 505 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 16, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                MDL No. 2272


**SCHEDULE CTO−98 − TAG−ALONG ACTIONS**


| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA NORTHERN**

| ALN | 2 | 12−02214 | Green v. Zimmer Inc et al |
| ALN | 4 | 12−02439 | McKinney v. Zimmer Inc et al |

**ARIZONA**

| AZ | 2 | 12−01032 | Engstrom v. Zimmer Incorporated et al |
| AZ | 2 | 12−01285 | Gladfelter v. Zimmer Incorporated et al |

**CALIFORNIA EASTERN**

| CAE | 1 | 12−00975 | Valles v. Zimmer, Inc. et al. |

**CALIFORNIA NORTHERN**

| CAN | 3 | 12−01208 | Moody−Quinlan v. Zimmer, Inc. et al |
| CAN | 4 | 12−03167 | Miller v. Zimmer, Inc. et al |

**CALIFORNIA SOUTHERN**

| CAS | 3 | 12−01504 | Levine v. Zimmer, Inc. et al |
| CAS | 3 | 12−01505 | Adams v. Zimmer, Inc. et al |
| CAS | 3 | 12−01506 | Maize v. Zimmer, Inc. et al |
| CAS | 3 | 12−01507 | Overstreet v. Zimmer, Inc. et al |
| CAS | 3 | 12−01508 | Smith v. Zimmer, Inc. et al |
| CAS | 3 | 12−01509 | Eads v. Zimmer, Inc. et al |
| CAS | 3 | 12−01510 | Willer v. Zimmer, Inc. et al |

**GEORGIA NORTHERN**

| GAN | 1 | 12−02076 | Rogers v. Zimmer, Inc. et al |

**IDAHO**

| ID | 4 | 12−00313 | Toler v. Zimmer, Inc. |

KANSAS

  KS    2    12–02327    Terrill v. Zimmer, Inc. et al

MICHIGAN EASTERN

  MIE    2    12–13027    Danosky v. Zimmer, Inc. et al

MICHIGAN WESTERN

  MIW    1    12–00501    Gardner v. Zimmer Inc. et al
  MIW    1    12–00533    Krepps v. Zimmer, Inc. et al
  MIW    1    12–00624    Hendon v. Zimmer, Inc. et al

MINNESOTA

  MN    0    12–01468    Barnes v. Zimmer, Inc. et al

MISSOURI EASTERN

  MOE    4    12–01254    Ward et al v. Zimmer, Inc. et al

NEVADA

  NV    2    12–01019    DiGiacomo v. Zimmer, Inc. et al

NEW JERSEY

  NJ    2    12–02857    DEITSCH v. ZIMMER, INC. et al
  NJ    2    12–03105    HARRIS et al v. ZIMMER, INC. et al
  NJ    2    12–03315    ARRINGTON v. Zimmer, Inc et al
  NJ    2    12–03316    WILLIS v. ZIMMER INC et al
  NJ    2    12–03317    GENEREUX et al v. ZIMMER INC et al

OHIO NORTHERN

  OHN    5    12–01921    Anagnos et al v. Zimmer, Inc. et al
  OHN    5    12–01962    Clark et al v. Zimmer, Inc. et al
  OHN    5    12–01963    Crossnoe et al v. Zimmer, Inc. et al

OREGON

  OR    3    12–00734    Engel et al v. Zimmer, Inc. et al

PENNSYLVANIA EASTERN

  PAE    2    12–03424    PIZZUTO v. ZIMMER, INC. et al

PENNSYLVANIA MIDDLE

  PAM    3    12–01473    Baldwin et al v. Zimmer, Inc. et al